IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT A. SHOOK, | ) | CASE NO.: 5:02CV 90 |
| Plaintiff, | ) | JUDGE DOWD |
| vs. | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| DAVID CIMPERMAN, et al., | ) | |
| Defendants. | ) | |

The within cause is settled and dismissed with prejudice at Plaintiff's costs. No record.

_____
DAVID L. BLACKWELL (#0063396)
3405 Curtis Road, S.E.
New Philadelphia, Ohio 44663
(330) 339-2806
(330) 339-2806 (Fax)
E-Mail: dblackwell@tusco.net

Attorney for Plaintiff

_____
TODD M. RASKIN (#0003625)
CARL E. CORMANY (#0019004)
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
(440) 248-7906
(440) 248-8861 (Fax)
E-Mail: traskin@mrrlaw.com
ccormany@mrrlaw.com
Attorneys for Defendants Jeff Urban, City of New Philadelphia Police Department, Thomas Staggers, City of New Philadelphia, and Mayor Ronald Brodzinski

_____
HILARY S. TAYLOR (#0017496)
GARY A. VICK (#0071495)
2500 Terminal Tower
50 Public Square
Cleveland, Ohio 44113-2241
216-241-6602
216-621-8369 (Fax)
E-Mai: Htaylor@westonhurd.com
Gvick@westonhurd.com
Attorneys for Defendant
David Cimperman